187 So. 645
### John Dean BONNER v. STATE.
#### 5 Div. 294.

Supreme Court of Alabama.
March 23, 1939.

John A. Darden, of Goodwater, for the motion.

Thos. S. Lawson, Atty. Gen., opposed.

BOULDIN, Justice.

Petition of John Dean Bonner for certiorari to the Court of Appeals to review and revise the judgment and decisions of that Court in the case of Bonner v. State, 187 So. 643.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.